FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 5 2020

MITCHELL R. ELFERS
CLERK

Name

Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Joseph Kongwa, Plaintiff
(Full Name)

v.

Enterprise Solutions, Inc,
Sarah Faulkner
, Defendant(s)

CASE NO. **20cv1152-KK**
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Joseph Kongwa, is a citizen of New Mexico
   (Plaintiff)                              ( State )
   who presently resides at 1502, 4th street SW, Albuquerque, NM, 87102.
   (Mailing address or place of confinement)

2) Defendant Enterprise Solutions, Inc, is a citizen of
   (Name of first defendant)
   Naperville, IL, 60563., and is employed as
   (City, State)
   _____. At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐   No ☑   If your answer is "Yes", briefly explain:

XE-2   2/78         CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant __Sarah Faulkner__ is a citizen of
   (Name of second defendant)
   __Albuquerque, New Mexico__, and is employed as
   (City, State)
   __Senior Analyst, the GAP.__ · At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☑   If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

My case is a discrimination case based on my racial and ethnic background. I am of black, African origin. I was working at the GAP, in October 2019 as a contract accountant when a flu virus infected the work place. All the other employees, light skinned Latinos and Caucasions, were given time off to recover. One of them, another contractor like myself, was given an entire week off. On the 16th of October, 2019, I became sick and could not perform that day. I was fired the next day.

XE-   2/7
-2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: The civil rights act of 1964.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

The GAP alleges that I was fired because of my poor performance on the job. That my race had nothing to do with it. After all, New Mexico is an at will state. The human rights bureau ruled that my case had NO PROBABLE CAUSE, based on several assertions. One, that the defendant had no clue as to my facial origins. Two, that I was unable to enter my time worked in the time keeping system. Three, that I told no one at the GAP that I was sick. All assertions are completely false.

B)(1) Count II: Both defendants were completely aware of my facial origin. The GAP mangers worked with me, and Enterprise Solutions, a staffing company, had a copy of my driver's license.

(2) Supporting Facts: The allegation that I was unable to correctly enter my time worked is used to show that I am incompetent. THIS IS FALSE. The GAP technology department was unable to log me onto their system. All parties were aware, and I can PROVE IT. The e-mail evidence was provided to the human rights bureau.

C)(1) Count III: I was fired because on the 16th of October, 2019, I was unable to work up to an acceptable standard. The defendant claims I did not inform management that I was sick. THIS IS ALSO A LIE. I CAN PROVE IT VIA E-MAIL, I asked for a 24 hour hiatus. I was denied, and fired the next day.

(2) Supporting Facts:

I ask for my day in court. I can prove that all allegations against me are false. Give me a chance to present my case, and I will prove it beyond a shadow of a doubt. The defendants have lied at least three times which can be proven. The bureau investigation was haphazard and lazy. They ignored all the evidence I presented to them.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
   Yes ☐   No ☑   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.
      Plaintiffs: _____
      Defendants: _____

   b) Name of court and docket number:

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐  No ☑  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I humbly request a relief of $100,000. Half of this is based on the wages I would have earned during my one year contract with the GAP if I had not been dismissed due to discrimination. The other half is for loss of reputation. No one at the GAP will hire me now. In December of 2019, I was called for an interview at the GAP, this time in the real estate department. They recognized me, and would not hire me after learning of the terms of my departure.

_____      _____
Signature of Attorney (if any)                    Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at __Albuquerque, New Mexico__ on __10/30/__ 20__20__.
               (Location)                  (Date)

_____
(Signature)

Joseph Kongwa,

1502 4th Street, SW,

Albuquerque, NM

87102.

10/30/2020

maliandek@yahoo.com

United States District Court,

For the District of New Mexico.

333 Lomas BLVD, NW

Albuquerque, NM,

87102.

## Joseph Kongwa vs. Enterprise Solutions, INC / Sarah Faulkner
## HRB 20-04-01-0144
## EEOC 39B-2020-00231

On October, 22nd,2019, I filed a discrimination charge against the GAP with the human rights bureau, after being let go from my contract position as a junior accountant with the company. On September,22nd, 2020, eleven months after my initial filing, the bureau determined that they had found no probable cause. I humbly request that you review the facts of the case and give me my day in court to present my case against the GAP.

**Discrimination charge**

On the 17th of October, 2019, I was fired from my job as an accountant at the GAP after two weeks on the job. I was fired because on the previous day, I had been unable to perform the most basic functions of my job. This was because I had been seriously ill with flu symptoms. This included sinus pain, headaches, loss of sight and general weakness and fatigue. I recovered within twenty-four hours, and yet I was fired anyway. The revenue accounting department at the GAP, run by Sarah Faulkner, had suffered a bout of flu related illnesses among its employees. Three of the employees had been forced to take time off. One of them, a contractor like myself, had taken a week off, and yet he had been welcomed back to his position. Up until the 16 of October, 2019, my performance had been exemplary. My work was checked every day by my supervisor, Maria Sjoberg, and I was assured that my work was up to par (An independent accountant can prove the quality of my work). I suffered one day of illness related under performance, and I was fired.

THIS WAS A CASE OF BLATANT RACISM. DEEP SEATED, ENDEMIC RACISM. ONE BAD DAY, AND SUDDENLY I AM INCOMPENTENT.

**Rebuttal by the defendants.**

I had initially only charged the GAP with a discrimination charge. But the bureau included Enterprise Solutions, INC , because I worked for ESI (Enterprise Solutions, INC) while being hired by the GAP as a contractor. The defendants denied the charge of racism. They said I had been fired because I do not have the skills to perform the required tasks. They allege:

1. That they did not know that I am of black, African origin.
2. That I do not know the basics of Microsoft Excel (An essential tool in such a position)
3. That I am too incompetent to even use the system time keeping system. That in my time at the company I never once entered my time worked in their time keeping system.
4. That I never told anyone that I was sick that day (16 of October,2019). They claim that if they knew I was sick I would have been given time of to recover just like everyone else.

**Plaintiff response to rebuttal**

1. Both defendants were clearly aware of my race. ESI had a copy of my driver's license.
2. I used Microsoft Excel to process HUNDREDS of exceptions (reconciling of credit card payments). If I could not use Excel, I would not have been able to process a single exception. The work required getting information from three software systems and processing the information in Excel.
3. The time keeping system was faulty. The GAP had not set up my profile in the system. Sarah Faulkner had instructed the information technology department to fix the problem. At least that was what she told me. Both defendants were aware that the fault lay with their own IT department. I provided e-mail PROOF of this to the bureau (Exhibit 1).
4. The defendants claim that I did not inform them that I was ill on the day (16th October, 2019) when my performance was sub- par. This is the main reason given by the bureau for dismissing my case. If I did not inform anyone that I was sick, how then can I claim racism? I provided PROOF, in e-mail form to the bureau, that the managers, especially Sarah Faulkner and Carla Tarantino, knew that I had told them that I was unwell that day. Carla Tarantino had been teaching me a new process. It was simple, 99% similar to what I had been doing for the last two weeks. My first job had involving reconciling figures between the credit card processor and the GAP stores. The new process Carla was showing me on the 16th involved reconciling figures between the credit card processor and the bank's where the GAP made deposits on store sales. If you can do one, you can do the other. Realizing I was in too much pain to work, I asked the manager Carla to postpone the review of the process until the next day. **I ASKED FOR A 24 HOUR HIATUS**. Carla angrily refused. She said she had much work to do and had to hand over that process to me. **I HAD NO CHOICE BUT TO CONTINUE.** I apologized to Carla when she was leaving at the end of the day. I assured her that I would be physically able to work the next day (Carla had just come back from an illness induced break, like several others in the department). The defendants claim that I informed no one that I was ill. And yet, in her e-mail to me, Sarah clearly states that she knew I had asked for the training with Carla to be postponed. Sarah claims that this is evidence that I could only process small amounts of information at one time. When the others were too sick to work, including Carla, they were given time off to recover. When the African asks for a 24- hour hiatus, he is 'slow'. The management in that department truly believe this. One bad day is all

the evidence they needed. This is deep seated racism. They will never admit this off course. They claim I didn't tell them I was sick. They lie, and I can prove it (Exhibit 2).

**Bureau Conclusion**

The bureau ignored all the evidence I gave them. To my astonishment, they state that they find no probable cause for discrimination because I did not inform them that I was sick. They completely ignored all the evidence I gave them to show that the GAP management was well aware that I had asked for a 24- hour hiatus.

**Plaintiff request to the District court**

I humbly ask to come before you and present my side of the story. Please review the documents, and I hope to have my day in court, or a mediation by the court. The bureau promised a mediation, and then reneged, they said their mediator had resigned and they didn't have the manpower. I thank the court for its time.

Sincerely,

Joseph Kongwa.

# EXHIBIT 1

## Re: Reminder - Bi-weekly payroll timesheet submission

From: maliande kongwa (maliandek@yahoo.com)

To: swapnaneel@enterprisesolutioninc.com

Cc: sarah_faulkner@gap.com; sarah_faulkner@gap.com; carla_tarantino@gap.com; carla_tarantino@gap.com

Date: Tuesday, October 15, 2019, 4:30 PM MDT

Hello Neel,

As of 4.30 p.m. on 10/15/19 I am still not able to submit a timesheet in IQN. Do I need to provide you with my hours for this week or last week?.

> On Monday, October 14, 2019, 10:31:31 AM MDT, Swapnaneel Sinha <swapnaneel@enterprisesolutioninc.com> wrote:
>
> Thanks for the update Joseph.
>
> Best Regards,
> **Swapnaneel (Neel) Sinha**
> **Enterprise Solutions, Inc.**
> www.enterprisesolutioninc.com
> Phone#: 408-329-9018
>
> **From:** maliande kongwa [mailto:maliandek@yahoo.com]
> **Sent:** 14 October 2019 09:23
> **To:** Bhanu ESI
> **Cc:** Swapnaneel Sinha
> **Subject:** Re: Reminder - Bi-weekly payroll timesheet submission
>
> I managed to log in this morning (10/14/19) but I was unable to create a timesheet. The GAP IT department is working on it right now. Many thanks.
>
>> On Friday, October 11, 2019, 11:12:49 AM MDT, Bhanu ESI <time@enterprisesolutioninc.com> wrote:
>>
>> Dear Consultant,
>>
>> Hope you are doing GREAT!!!
>>
>> This is a gentle reminder to share us the Approved timesheets for the period of **September 29, 2019 to October 12, 2019 for the Bi-weekly payroll processing as per payroll calendar.**
>>
>> <u>First week-</u> **(09/29/19 - 10/05/19)**
>>
>> <u>Second week</u> **(10/06/19 - 10/12/19)**
>>
>> Please make sure to send client approved time sheets by **October 11, 2019.**

Kindly send timesheet to time@enterprisesolutioninc.com OR you can send via fax at our fax # **630-206-2379.**

If you have any questions or doubt regarding payroll or timesheet submission, please call Aru at **408-727-6147** or email at aruk@enterprisesolutioninc.com

**Note : 1)** *Under few circumstances if you are unable to send the approved time sheet by payroll due date then please send the submitted time sheet screen shot with explanation/ confirmation email for worked hours, with a valid reason.*

**Note : 2)** *This is a reminder email goes to all employees, so if you have already sent your timesheet, kindly ignore this email.*

Email : time@enterprisesolutioninc.com,

*Contact person :-* **Bhanu** - **408-239-4764** , *Vinod* - **408-239-4761**

*Thanks in advance for your quick response and have a great weekend!*

Best Regards



www.enterprisesolutioninc.com

**B**hanu Sharma
**Enterprise Solutions Inc.**
Office: # 408-239-4764
E-Mail : time@enterprisesolutioninc.com
Linkedin: https://www.linkedin.com/in/bhanu-sharma-2249b4164/

EXHIBIT 2

## RE: Performance Review at the GAP (Joseph Kongwa)

From: Sarah Faulkner (sarah_faulkner@gap.com)

To: maliandek@yahoo.com

Date: Friday, October 18, 2019, 4:00 PM MDT

Hi Joseph –

Following is some feedback as requested. The primary reason for our decision is learning agility as outlined below.

- Learning Agility - Our corporate environment demands that a person learn new processes/concepts very quickly. Some feedback received from the team is that you seemed to get overwhelmed and could only process small amounts of new information at a time. Requests were made to cut training short in order for you to think on what you just learned. Due to the pace of our business, along with the impending company split, we need someone who can operate in a dynamic environment with ease and take over new processes with minimal training.

- Self-Starter - Again, due to our business environment, the expectation is for a person to have solid business skills, take initiative and be intuitive. Some feedback/observations are as follows:
  - Email Management: Keeping abreast of emails and understanding what action needs to be taken is critical. Several emails were overlooked regarding access which had been granted, etc. and too much assistance/intervention was required.
  - Computer Skills: Overall it appeared your skills were not adequate for a Staff level position.

We're truly sorry your contract position with Gap, Inc. didn't work out. We apologize that we didn't provide any feedback directly to you regarding your performance and recognize that was a miss on our part. We wish you all the best and hope you find new employment very soon!


Sarah Faulkner

Senior Analyst |CSSC Revenue Accounting: E-Tenders | Gap, Inc.

505-462-0629


**From:** maliande kongwa <maliandek@yahoo.com>
**Sent:** Thursday, October 17, 2019 2:02 PM
**To:** Sarah Faulkner <Sarah_Faulkner@gap.com>

**Subject:** Performance Review at the GAP (Joseph Kongwa)

Greetings Sarah,

I hope you will agree to give me a quick feedback on my performance on your team at the GAP.

I was surprised when Adam called me in and told me my contract was being terminated with IMMEDIATE EFFECT. I have been on your team for just over two weeks but as far as i knew my performance was acceptable. I constantly referred to Marissa and less so Carla about my work performance and they indicated that i was doing fine.

Adam would give me no definate answer, he simply said that there were a series of events that led to the conclusion that i cannot cope with the work and that the decision to terminate my contract was final. I was surprised, i cannot recall an incident when i was told i was not performing up to par. I pressed Adam to give me a specific example. He finally mentioned that yesterday when Carla was giving me a high level overview of the Bank to Processor process i seemed to be confused.

Let me explain what happened yesterday with Carla. The Bank to Processor review she gave me lasted an hour. No work was done on the process, it was only a review. I understand EXACTLY how the process works. The daily figures ( the previous day) received from the processor (Chase) are compared to the figures received from the deposits at the Bank which the GAP uses to deposit daily revenue (HSBC, Scotia and J.P. Morgan). this is done on a daily basis to make sure that the amount the processor says was processed is actually what was deposited at the GAP Bank accounts. The variances are investigated. I understand the process, and the mechanical part of performing the Bank to Processor process involves accessing spreadsheets on the I-drive and an access database. I understood the overview process completely. I asked a lot of questions, especially on the processor part. This might have given Carla the impression that i did not understand what she was saying to me. I printed out the notes she e-mailed me and read them thourougly last night. When Carla was leaving yesterday i told her i would be ready to start the Bank to Processor the next morning. I spent last night going through the notes, making sure i was ready. She did not mention anything this morning about the process.

I was SICK yesterday, extremely sick. There has been a flu going around. Almost everyone on the team has taken at least a day off, including Carla. I could hardly stand yesterday. I did not know if i would survive the day. If i seemed sluggish and slow, it was only temporary.I recovered within twenty four hours. Being a contractor i did not want to call in sick. It creates the wrong impression. Not that it did me any good, in fact coming to work sick might have backfired as i was effectively fired the next day.

I have spent the last two weeks working with Marissa on exceptions, which are the discepancies between the POS system(Clerity) and the processor figures. I started on a Thursday, and three days later i was working independently, though i ask questions from time to time to fine tune my knowledge of the process. I was told i was doing well.

Sarah, this has come as a surprise. Adam could not answer my questions as he did not work with me directly. Can you tell me what went wrong? when you lose a contract with a company like the GAP a self assessment must be made. I felt i have the practical skills and motivation to get the job done. Was i not processing enough exceptions? were my numbers low? was it a knowledge gap? your feedback would be

deeply appreciated. Perhaps i was asking too many questions, this might have created the impression that i was struggling with the work. That was not the case. I understand that you have already cancelled my contract, but please call me((505)-234-2783) if you can or e-mail a reply. I would deeply appreciate it. If my performance was unacceptable, i need to know. It might prevent a similar disaster in the future. Thank you for the opportunity Sarah.